Shari Rusk, Bar No. 170313
Attorney at Law
188945 Broadway
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

   vs.

Julio Caeser-Xep,

        Defendant

) Case No.: CR.S. 10-425 MCE
)
) STIPULATION AND ORDER TO CONTINUE
) JUDGMENT AND SENTENCING
)
) Court:  Hon. Morrison C. England
) Time:   9:00 a.m.
) Date:   March 15, 2012
)
)

      Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Julio Cesar Xep, by and through his counsel, Shari Rusk; agree and stipulate to vacate the date set for judgment and sentencing, February 23, 2012 at 9:00 a.m., in the above-captioned matter, and to continue the matter to March 15, 2012, and that date is available with the Court.  The parties asked that the matter be calendared for judgment and sentencing on March 15, 2012.

Dated: February 20, 2012

            BENJAMIN WAGNER United States Attorney

            By:  /s/ Paul A. Hemesath
               PAUL A. HEMESATH
               Assistant United States Attorney

/s/ Shari Rusk
SHARI RUSK
 Attorney for Defendant
JULIO CESAR XEP

**ORDER**

IT IS SO ORDERED.

Dated:  February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-3-

-2-